**John R. BRINKLEY et al., Appellants, v. E. P. LAMBERT, Administrator, etc.**

No. 11961.

Circuit Court of Appeals, Eighth Circuit.

March 10, 1941.

Pace & Davis and Tom W. Campbell, all of Little Rock, Ark., for appellants.

Bradley & Patten, Carl E. Langston, and Troy W. Lewis, all of Little Rock Ark., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, with costs, for want of prosecution, on motion of appellee.

**Dr. John R. BRINKLEY, as an Individual, et al., Appellant, v. Chas. F. ALLEN, Administrator, etc.**

No. 11962.

Circuit Court of Appeals, Eighth Circuit.

March 10, 1941.

Pace & Davis and Tom W. Campbell, all of Little Rock, Ark., for appellants.

Troy W. Lewis and Carl E. Langston, both of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, with costs, for want of prosecution, on motion of appellee.

**John C. EVANS, Petitioner, v. COMMIS-SIONER OF INTERNAL REVENUE, Respondent.**

No. 8448.

Circuit Court of Appeals, Sixth Circuit.

March 4, 1941.

George L. Cassidy, of Detroit, Mich., for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, and Irving M. Tullar, all of Washington, D. C., for respondent.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

Pursuant to agreed motion of counsel, it is ordered that the decision of the United States Board of Tax Appeals be and the same is hereby affirmed.

**FORT INVESTMENT COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8667.

Circuit Court of Appeals, Sixth Circuit.

March 4, 1941.

John C. Evans and George L. Cassidy, both of Detroit, Mich., for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Irving M. Tullar, J. Louis Monarch, and John A. Gage, all of Washington, D. C., for respondent.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

Pursuant to agreed motion of counsel, it is ordered that the decision of the United States Board of Tax Appeals be and the same is hereby affirmed.